UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SIG SAUER, INC., <br><br> Plaintiff <br><br> v. <br><br> JEFFREY S. BAGNELL, ESQ., LLC, <br> and JEFFREY S. BAGNELL <br><br> Defendants. | CIVIL ACTION NO. 1:22-cv-00078 |

## ASSENTED-TO MOTION TO PERMIT LORRAINE D. BELOSTOCK, ESQUIRE TO APPEAR PRO HAC VICE

The undersigned, a member in good standing of the Bar of this Court, respectfully moves pursuant to Local Rule 83.2(b), and with the assent of Plaintiff Sig Sauer, Inc., that Lorraine D. Belostock, Esq. of Todd & Weld, LLP, One Federal Street, Boston, Massachusetts 02110 be permitted to practice before this Court in this action on behalf of Defendants Jeffrey S. Bagnell, Esq., LLC and Jeffrey S. Bagnell. In support hereof, the undersigned states as follows:

1. The undersigned or another attorney who is admitted and in good standing with the bar of this Court shall at all times be associated with Attorney Belostock in this action.

2. The Affidavit of Lorraine D. Belostock, Esq. is filed herewith in further support of this Motion.

3. No memorandum of law is necessary in support of this Motion.

4. Counsel for Plaintiff Sig Sauer, Inc. has indicated that Plaintiff assents to the relief sought in this Motion.

WHEREFORE, Joseph M. Cacace, counsel for Defendants Jeffrey S. Bagnell, Esq., LLC and Jeffrey S. Bagnell, respectfully requests that this Court grant this Assented-To Motion to admit Lorraine D. Belostock to practice before this Court *pro hac vice* until this matter is concluded or this Court no longer assumes jurisdiction over the matter.

Respectfully submitted,

JEFFREY S. BAGNELL, ESQ., LLC,
and JEFFREY S. BAGNELL,

By their attorneys,


*/s/ Joseph M. Cacace*
Joseph M. Cacace, NH Bar # 266082;
MA BBO # 672298
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626
jcacace@toddweld.com

Dated: March 23, 2022


## CERTIFICATE OF SERVICE

I, Joseph M. Cacace, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Joseph M. Cacace*
Joseph M. Cacace

Dated: March 23, 2022